**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>West Sand LLC,<br><br>　　　　Defendant. | No. CV 11-01870-PHX-FJM<br><br>**ORDER** |

Pursuant to our Order of October 23, 2012 (doc. 60), we now have before us the parties' Joint Motion to Enter Consent Decree (doc. 61). The parties had earlier filed a proposed consent decree (doc. 53) unaccompanied by a motion.

It is ORDERED GRANTING the Joint Motion to Enter Consent Decree (doc.61), and the proposed Consent Decree filed on August 16, 2012 (doc. 53) is signed and entered this date.

DATED this 6th day of November, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge